# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GRISELDA MADRIGAL GARCIA,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>　　　　Defendant. | Case No. 1:20-cv-01173-SAB<br><br>ORDER RE STIPULATION FOR AN EXTENSION OF TIME<br><br>(ECF No. 16) |

On May 7, 2021, a stipulation was filed for an extension of time for Defendant to respond to Plaintiff's letter brief.

Pursuant to the stipulation of the parties, IT IS HEREBY ORDERED that:

1. Defendant shall serve the response to Plaintiff's letter brief on or before May 7, 2021;
2. Plaintiff's opening brief shall be filed on or before June 7, 2021;
3. Defendant's opposition to the opening brief shall be filed on or before July 7, 2021; and
4. Plaintiff's reply, if any, shall be filed on or before July 22, 2021.

IT IS SO ORDERED.

Dated: __May 7, 2021__

　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1