# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GRISELDA MADRIGAL GARCIA, <br><br> Plaintiff, <br><br> v. <br><br> COMMISSIONER OF SOCIAL SECURITY, <br><br> Defendant. | Case No. 1:20-cv-01173-SAB <br><br> ORDER DISCHARGING ORDER REQUIRING PLAINTIFF TO SHOW CAUSE WHY THIS ACTION SHOULD NOT BE DISMISSED FOR FAILURE TO PROSECUTE <br><br> (ECF No. 15) |

Griselda Madrigal Garcia ("Plaintiff") filed a complaint on August 19, 2020, challenging the Commissioner of Social Security's denial of her application for benefits. On May 7, 2021, an order issued requiring Plaintiff to show cause why this action should not be dismissed for her failure to file the opening brief in compliance with the August 21, 2021 scheduling order. Plaintiff's response to the order to show cause was due within five days. On this same date, Defendant filed a stipulation for an extension of time to serve the response to Plaintiff's letter brief and an order issued granting the stipulation. More than five days have passed and Plaintiff has not filed a response to the May 7, 2021 order to show cause.

The Court shall discharge the order to show cause based on the stipulation which indicates that Defendant did not serve the response to the letter brief. However, counsel is advised that once an order to show cause has issued, the prudent response is to respond to the order to show cause, rather than to run the risk of sanctions issuing for the failure to comply.

1

Accordingly, the May 7, 2021 order requiring Plaintiff to show cause why this action should not be dismissed for failure to prosecute is HEREBY DISCHARGED.

IT IS SO ORDERED.

Dated: __**May 13, 2021**__

_____
UNITED STATES MAGISTRATE JUDGE