# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GRISELDA MADRIGAL GARCIA,<br><br>    Plaintiff,<br><br>vs.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>    Defendant. | Case No. 1:20-cv-01173-SAB<br><br>ORDER RE STIPULATION FOR EXTENSION OF TIME<br><br>(ECF No. 21) |

On May 24, 2021, a stipulation was filed to extend the time for Plaintiff to file her opening brief.

Pursuant to the stipulation of the parties, IT IS HEREBY that:

1. Plaintiff shall file her opening brief on or before **July 7, 2021;**
2. Defendant shall file a responsive brief on or before **August 6, 2021;** and
3. Plaintiff's reply, if any, shall be filed on or before **August 23, 2021.**

IT IS SO ORDERED.

Dated: __May 24, 2021__

UNITED STATES MAGISTRATE JUDGE

1