# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GRISELDA MADRIGAL GARCIA,<br><br>Plaintiff,<br><br>v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>Defendant. | Case No. 1:20-cv-01173-SAB<br><br>ORDER RE STIPULATION FOR VOLUNTARY REMAND PURSUANT TO 42 U.S.C. § 405(g)<br><br>(ECF No. 25) |

Griselda Madrigal Garcia ("Plaintiff") seeks judicial review of a final decision of the Commissioner of Social Security ("Commissioner" or "Defendant") denying an application for disability benefits pursuant to the Social Security Act. On August 5, 2021, the parties filed a stipulation agreeing to a voluntary remand of this matter pursuant to 42 U.S.C. § 405(g). (ECF No. 25.) Pursuant to the terms of the stipulation, the Appeals Council will instruct the Administrative Law Judge ("ALJ") to reevaluate the medical evidence and further evaluate whether Plaintiff has the residual functional capacity to perform her past relevant work and, if appropriate, obtain supplemental vocational expert testimony to assist in determining what jobs exist, if any, for Plaintiff given her vocational factors (age, education, and work experience) and residual functional capacity.

/ / /

/ / /

Accordingly, IT IS HEREBY ORDERED that:

1. The above-captioned action be remanded to the Commissioner of Social Security for further proceedings consistent with the terms of the stipulation for remand;

2. Judgment is entered in favor of Plaintiff Griselda Madrigal Garcia and against Defendant Commissioner of Social Security; and

3. The Clerk of the Court is DIRECTED to close this action.

IT IS SO ORDERED.

Dated:   **August 6, 2021**

UNITED STATES MAGISTRATE JUDGE