# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GRISELDA MADRIGAL GARCIA,<br><br>   Plaintiff,<br><br>   v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>   Defendant. | Case No. 1:20-cv-01173-SAB<br><br>ORDER REQUIRING COMMISSIONER OF SOCIAL SECURITY TO FILE AN OPPOSITION OR A STATEMENT OF NON-OPPOSITION TO PLAINTIFF'S MOTION FOR ATTORNEY FEES<br><br>(ECF No. 28)<br><br>FOURTEEN-DAY DEADLINE |

On August 6, 2021, an order issued granting Plaintiff Griselda Garcia's Social Security appeal and remanding the matter for further administrative proceedings and judgment was entered in favor of Plaintiff. (ECF Nos. 26, 27.) On November 3, 2021, Plaintiff filed a motion for attorney fees. (ECF No. 28.)

The Local Rules of the Eastern District of California provide that a party having no opposition to the granting of a motion shall file a statement of non-opposition. E.D. Cal. L.R. 230(c). The Court shall require Defendant to either file an opposition to the motion for attorney fees or a statement of non-opposition. If there is no opposition, the parties may stipulate to the award of attorney fees.

///

1 |      Based on the foregoing, IT IS HEREBY ORDERED that Defendant shall file an opposition or a statement of non-opposition to Plaintiff's motion for attorney fees **within fourteen (14) days** of the date of entry of this order.

IT IS SO ORDERED.

Dated:   **November 4, 2021**

UNITED STATES MAGISTRATE JUDGE