1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

9

## EASTERN DISTRICT OF CALIFORNIA

10

11   GRISELDA MADRIGAL GARCIA,

12                   Plaintiff,

13          v.

14   COMMISSIONER OF SOCIAL
     SECURITY,
15

16                   Defendant.

17

18

Case No.  1:20-cv-01173-SAB

ORDER RE STIPULATION FOR AWARD OF
ATTORNEYS' FEES

(ECF No. 30)

19          Griselda Madrigal ("Plaintiff") filed the complaint in this action on August 19, 2020.  (ECF

20   No. 1.)  On August 6, 2021, pursuant to the parties' stipulation for remand, the Court remanded the

21   action for further proceedings, and entered judgment in favor of Plaintiff.  (ECF Nos. 25, 26, 27.)

22   On November 3, 2021, Plaintiff filed a motion for attorneys' fees.  (ECF No. 28.)  On November

23   4, 2021, the Court ordered Defendant to file an opposition or statement of non-opposition to

24   Plaintiff's motion for attorneys' fees.  (ECF No. 29.)  That same day, the parties filed a stipulation

25   for the award of attorney fees in the amount of $8,902.27 pursuant to the Equal Access to Justice

26   Act, 28 U.S.C. § 2412(d) ("EAJA") and for the withdrawal of Plaintiff's motion (ECF No. 28).

27   (ECF No. 29.)  The award is without prejudice to the rights of counsel to seek attorney fees under

28   42 U.S.C. § 406, subject to the offset provisions of the EAJA.  (Id.)

Accordingly, pursuant to the stipulation of the parties, IT IS HEREBY ORDERED that:

1.      Plaintiff's motion for attorneys' fees (ECF No. 28) is deemed withdrawn; and

2.      Plaintiff is awarded attorney fees under the EAJA in the amount of $8,902.27.

IT IS SO ORDERED.

Dated:   **November 5, 2021**

_____
UNITED STATES MAGISTRATE JUDGE